UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

**FILED**

APR 24 2012

PATRICK E. DUFFY  CLERK
BY_____
    Deputy Clerk
U.S. DISTRICT COURT
BILLINGS DIVISION

| | |
|---|---|
| ROB SHIPLEY, | ) |
| | ) No. CV-11-133-BLG-CSO |
| Plaintiff, | ) |
| | ) |
| vs. | ) JUDGMENT IN A CIVIL CASE |
| | ) |
| JOE WHELAN, | ) |
| | ) |
| Defendant. | ) |

____  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

✓  **Decision by the Court.** This action came before the Court for determination on the record. A decision has been rendered, and Defendant's Motion for Judgment on the Pleadings is **GRANTED**.

**IT IS ORDERED AND ADJUDGED.**

DATED this 24th day of April, 2012.

Patrick E. Duffy, Clerk of Court

By: _P. Cluff_____
        Deputy Clerk