UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

**FILED**

APR 24 2012

PATRICK E. DUFFY CLERK
BY_____
 Deputy Clerk
U.S. DISTRICT COURT
BILLINGS DIVISION

ROB SHIPLEY, )
) No. CV-11-133-BLG-CSO
Plaintiff, )
)
vs. ) JUDGMENT IN A CIVIL CASE
)
JOE WHELAN, )
)
Defendant. )

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

✓ **Decision by the Court.** This action came before the Court for determination on the record. A decision has been rendered, and Defendant's Motion for Judgment on the Pleadings is **GRANTED**.

**IT IS ORDERED AND ADJUDGED.**

DATED this 24th day of April, 2012.

Patrick E. Duffy, Clerk of Court

By: _____
Deputy Clerk